[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-10833
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 20, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 08-00045-CR-2-HLM-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NERY ALEXIS BONILLA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(October 20, 2009)

Before BLACK, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Giles Jones, appointed counsel for Nery Alexis Bonilla, has filed a motion to withdraw supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bonilla's conviction and sentence are **AFFIRMED**.  In light of our affirmance of his conviction and sentence, Bonilla's Motion to Dismiss Counsel and Proceed Pro Se is **DENIED** as moot.